Vivian I. WOLFE–HOLMES, Appellant,

v.

James D. ROBERTSON, In his individual and official capacity; Patricia A. Mackey, In her individual and official capacity; John Does, # 1—10, In their individual and official capacity, Appellees.

No. 05–1449.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 30, 2005.

Decided Jan. 10, 2006.

Vivian I. Wolfe-Holmes, Conway, AR, pro se.

Edwin Lee Lowther, Jr., Michelle Marie Kaemmerling, Wright & Lindsey, Little Rock, AR, for Defendants-Appellees.

Patricia A. Mackey, Conway, AR, pro se.

Before MELLOY, HANSEN, and GRUENDER, Circuit Judges.

PER CURIAM.

Vivian Wolfe–Holmes appeals the district court's[1] dismissal of her 42 U.S.C. §§ 1983, 1985, and 1986 complaint against two Arkansas attorneys and ten John Doe defendants. Wolfe–Holmes alleged that defendants James Robertson and Patricia Mackey ineffectively represented her in a previous lawsuit and conspired with others to deny her constitutional rights. Upon de novo review, see *Ferris, Baker Watts, Inc. v. Ernst & Young, LLP*, 395 F.3d 851, 853 (8th Cir.2005) (standard of review), we conclude the judgment of the district court was correct. *See* 8th Cir. R. 47B.

Accordingly, we affirm. We also deny Mackey's pending motion.

---

1. The Honorable George Howard, Jr., United States District Judge for the Eastern District of Arkansas.